**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Oma McConnell | NO. CV 15-4393-R |
| Oma McConnell, Appellant, | Case in other court: 2:14-ap-01420 BB |
| | USBC Central District of California Los Angeles, 2:14-bk-14501 BB |
| v. | |
| Bob Atchison, | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| Appellee. | |

 WHEREAS Appellant was ordered to show cause in writing by not later than **August 30, 2016,** why this action should not be dismissed for lack of prosecution

 WHEREAS this period has elapsed without any action by Appellant.

 The Court hereby DISMISSES the instant case for lack of prosecution.

Dated: August 31, 2016.

             HON. MANUEL L. REAL
             UNITED STATES DISTRICT JUDGE